Date: 5/4/2023

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY 08 2023
ARTHUR JOHNSTON
BY _____ DEPUTY

Civil No.: 2:23-cv-69-HSO-BWR   Case #

JARED Andrus Versus - Forrest County Jail.

On ground of civil action or dissmissed of case.

I JARED Andrus.. am writting the circuit court's of Hattiesburg M.S.. In regards of how the kitchen is in some series violations of failing to comply with the medical staff's order on double portions for underweight inmates like myself and for serving food that is days old and that taste like soap. The medical staff has told me that forrest county jail has theire own paid diatishon's from the outside for any of the medical's staff help pertaining to food portions and nutritional needs for inmates. The food is also served cold 90% of the time. Several of the decent correctional officers and the trustee's have told me about these violation's as well and nothing is being done. I have seen kitchen inmates washing pots outside with a hose were there are dead rat skelten's. I was on schudule for double portion's from the medical staff for over 2 week's before ever getting the correct amount of portion and nutritional needs from the kitchen staff. And now I am now getting black foam dead man tray's instead of 2 full state tray's. By due process my rights where violated. This should have been and/or should be grounds for a civil and/or fedilal suit, with dismissed of pending case. Sincerely submitted.

Jared Andrus



